**O**

# United States District Court
# Central District of California

| | |
|---|---|
| MORRIS REESE,<br><br>             Plaintiff,<br><br>     v.<br><br>TRACFONE WIRELESS, INC.,<br><br>             Defendant. | Case No. 2:13-cv-5196-ODW(PLAx)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT [27]** |

On February 24, 2014, TracFone Wireless, Inc., filed a Request for Leave to File Motion for Summary Judgment, based on the affirmative defense of laches. (ECF No. 27.) On February 14, 2014, the Court granted leave to file an identical motion for summary judgment in the related case *Morris Reese v. T-Mobile USA Inc.*, Case No. 2:13-cv-05199-ODW-PLAx (C.D. Cal. July 18, 2013). Accordingly, the Court **GRANTS** TracFone's Request for Leave to File Motion for Summary Judgment. (ECF No. 27.)

The Court **ORDERS** TracFone to notice its summary-judgment motion for hearing on **Monday, April 14, 2014**, to coordinate with the other defendants' summary-judgment motions. All briefing shall comply with the Federal Rules of

Civil Procedure, the Central District of California's Local Rules, and all scheduling and case management orders issued by this Court.

**IT IS SO ORDERED.**

February 26, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**