1  BROWN WHITE & NEWHOUSE LLP
   GEORGE B. NEWHOUSE, JR (SBN 107036)
   HENRY WHITEHEAD (SBN 284676)
2  333 South Hope Street, 40th Floor
   Los Angeles, California 90071-1406
3  Telephone: 213. 613.0500
   Facsimile:   213.613.0550
4
   Attorneys for Defendants
5  Sprint Nextel Corp. and Verizon Wireless Servs. LLC

6
7
                    **UNITED STATES DISTRICT COURT**                     JS-6
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9
                    **WESTERN DIVISION – LOS ANGELES**
10
11

| | |
|---|---|
| MORRIS REESE,<br><br>    Plaintiff,<br><br>  v.<br><br>SPRINT NEXTEL CORP.,<br><br>    Defendant. | Case No. 2:13-cv-3811-ODW(PLAx)<br><br>**JUDGMENT**<br><br>**ALL CASES** |
| MORRIS REESE,<br><br>    Plaintiff and Counter-<br>    defendant,<br><br>v.<br><br>TRACFONE WIRELESS, INC.,<br><br>    Defendant and<br>    Counterclaimant. | Case No. 2:13-cv-5196-ODW(PLAx)-* |

---

1166007.1                              1                        [PROPOSED] JUDGMENT

| | | |
|---|---|---|
| MORRIS REESE, | | Case No. 2:13-cv-5197-ODW(PLAx) |
|     Plaintiff and Counter-defendant, | | |
| v. | | |
| VERIZON WIRELESS SERVS. LLC, | | |
|     Defendant and Counter-claimant. | | |
| MORRIS REESE, | | Case No. 2:13-cv-5198-ODW(PLAx) |
|     Plaintiff and Counter-defendant, | | |
| v. | | |
| AT&T MOBILITY II LLC, | | |
|     Defendant and Counter-claimant. | | |
| MORRIS REESE, | | Case No. 2:13-cv-5199-ODW(PLAx) |
|     Plaintiff, | | |
| v. | | |
| T-MOBILE USA, | | |
|     Defendant. | | |

In light of the Court's orders granting the respective defendant's motions for summary judgment in *Reese v. Sprint Nextel Corp.*, Case No. 2:13-cv-3811-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 76), *Reese v. TracFone Wireless, Inc.*, Case No. 2:13-cv-5196-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 38), *Reese v. Verizon Wireless Servs. LLC*, Case No. 2:13-cv-5197-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 42), *Reese v. AT&T Mobility II LLC*, Case No. 2:13-cv-5198-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 36), and *Reese v. T-Mobile USA*, Case No. 2:13-cv-5199-ODW(PLAx) (C.D. Cal. May 9, 2014) (ECF No. 40), and considering the Parties' representations in their May 30, 2014 Joint

Status Report, *Reese v. Sprint Nextel Corp.*, Case No. 2:13-cv-3811-ODW(PLAx) (C.D. Cal.)

**IT IS HEREBY ORDERED:**

1. Plaintiff Morris Reese shall take nothing;
2. Judgment for each of the Defendants in each of the following related cases:
    a. Sprint Nextel Corp. (2:13-cv-3811-ODW(PLAx));
    b. TracFone Wireless, Inc. (2:13-cv-5196-ODW(PLAx));
    c. Verizon Wireless Services LLC (2:13-cv-5197-ODW(PLAx));
    d. AT&T Mobility II LLC (2:13-cv-5198-ODW(PLAx)); and
    e. T-Mobile USA (2:13-cv-5199-ODW(PLAx)).
3. Defendants' counterclaims are dismissed without prejudice.
4. The Clerk of Court shall close this case.

**IT IS SO ORDERED**

Dated: September 23, 2014

Honorable Otis D. Wright II
United States District Judge